MICHAEL ROGERS, Pro Se
#270648
SAGUARO CORRECTIONAL FACILITY
1252 E. ARICA ROAD
ELOY, ARIZONA  85131

```
FILED      ___ LODGED
___ RECEIVED  ___ COPY
       AUG 22 2024
 CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL ROGERS<br>Plaintiff,<br><br>V.<br><br>CORE CIVIC, et al<br>Defendants | CASE NO. CV24-02147-PHX-SRB--DMF<br><br>MOTION FOR LEAVE TO FILE COMPLAINT WITH MORE THAN THE FIFTEEN PAGE LIMITATION |

Comes Now, the Plaintiff, Michael Rogers, Pro se in this action, and requests leave of this Honorable Court to file More than the set forth page limitation of fifteen (15) pages

PAGE (1) OF (3) PAGES

as stated on page (4) in the final note section of the Instructions for a Prisoner Filing a Civil Rights Complaint in the United States District Court for the District of Arizona.

In Support the Petitioner will state as follows;

1) This Complaint contains Factual Allegations that date back to September of 2021.

2) This Complaint involves Deliberate Indifference to Serious Medical and Mental Health needs. as set forth under the Eighth Amendment of the United States Constitution.

3) This Complaint involves (6) Six Defendants that have treated the population in one way or another in both Medical and psychiatrict capacities at this facility including the plaintiff. Giving rise to the violations stated.

4) The said pages requested beyond the fifteen page limit are not and will not be repetitious.

PAGE (2) OF (3) PAGES

5) The ends of Justice will best be served in allowance of this request from the Court.

## CONCLUSION

Based upon the facts contained in the forgoing motion the Petitioner respectfully requests that this court accept the attached Complaint and grant this leave for more than fifteen pages accordingly.

Under the penalties of Perjury the Petitioner swears that the forgoing motion is true and correct to the best of his knowledge. Executed on this day of August, 2024

Respectfully,
Michael Rogers Rose

MICHAEL ROGERS #270648
SAGUARO CORR. FACILITY
1252 E. ARICA ROAD
ELOY, ARIZONA 85131

PAGE (3) OF (3) PAGES